UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DWAYNE STOUTAMIRE,** | ) | **CASE NO.1:16CV2840** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| **TIMOTHY HICKS,** | ) | |
| | ) | |
| **Defendant**. | ) | |

The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, with Plaintiff's costs waived. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

**May 16, 2023**                                /S/ Christopher A. Boyko
**Date**                                        **CHRISTOPHER A. BOYKO**
                                                **United States District Judge**